# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

136141

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FREDERICK D. ADAMS, KAREN L. ADAMS,
SARAH JO ADAMS, DAVID J. ADAMS and
SUSAN A. ADAMS,
          Plaintiffs-Appellants,

v

CHARTER TOWNSHIP OF ORION,
          Defendant-Appellee.

SC: 136141
COA: 275376
Oakland CC: 2005-071418-CZ

_____/

On order of the Court, the application for leave to appeal the February 21, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

_____
Clerk

s0616